JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AL TAYEBAT MARKET, INC.; MOHAMED KHOURAKI; and DOES 1 to 10,<br><br>    Defendants. | Case No. 8:24-cv-02303-JWH-KESx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 14] entered on or about January 28, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: March 6, 2024

John W. Holcomb
UNITED STATES DISTRIC   JUDGE